No. 86–6972.   COLLINS v. BROWN, DIRECTOR, MICHIGAN DE-
PARTMENT OF CORRECTIONS.   Sup. Ct. Mich.   Certiorari denied.

No. 86–6980.   JACKSON v. UNITED STATES.   C. A. 4th Cir.
Certiorari denied.